# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SHERRY DIANE PETTIS,

    Plaintiff,

v.                                                    CASE NO. 4:09cv18-RH/AK

WARDEN PAIGE AUGUSTINE
et al.,

    Defendants.
_____/

## ORDER FOR TRANSFER

This case is before the court on the motion to transfer venue and the magistrate judge's report and recommendation. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The motion to transfer (document 31) is GRANTED. The report and recommendation (document 33) is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Ocala Division. The clerk must take all steps necessary to effect the transfer.

    SO ORDERED on March 5, 2010.

                                                         s/Robert L. Hinkle
                                                         United States District Judge